UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GENE LORENSON,

Plaintiff,

v.

BOISCLAIR CORPORATION,

Defendant.

CIVIL NO. 01-1278 (DSD/JMM)

ORDER

On July 16, 2001, Plaintiff filed a Complaint alleging fair housing discrimination. Plaintiff's application to proceed in forma pauperis [Docket No. 2] was granted on July 25, 2001 by separate Order. The matter is before the Court on Plaintiff's Motion for Appointment of Counsel [Letter request dated August 28, 2001 and September 9, 2001].

Based upon all of the files, records and proceedings, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Appointment of Counsel is denied without prejudice.

Dated: September 13, 2001

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

Under 28 U.S.C. §1915(d), this Court may request counsel to represent a civil litigant who has been granted in forma pauperis status. In a civil case, "there is no

FILED SEP 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

constitutional or statutory right to have appointed counsel." Wiggens v. Sargent, 753 F.2d 663, 668 (8th Cir. 1985); see Bettis v. Delo, 14 F.3d 22 (8th Cir. 1994). Appointment of counsel is within the discretion of the district court in civil cases. In re Lane, 801 F.2d 1040, 1042 (8th Cir. 1986). If the plaintiff has alleged a valid prima facie claim, "further inquiry should be made as to need." Nelson v. Redfield Lithograph Printing, 728 F.2d 1003, 1005 (8th Cir. 1984). In addition to evaluating whether the plaintiff has made a good faith attempt to retain counsel, the court should determine if "the nature of the litigation is such that the plaintiff as well as the court will benefit from the assistance of counsel." Id.

The decision to appoint counsel "involves a careful weighing of several factors," including the factual complexity of the case, the ability of plaintiff to investigate the facts, the existence of conflicting testimony, the ability of the plaintiff to present the claim, and the complexity of the legal issues. In re Lane, 801 F.2d 1040, 1043-44 (8th Cir. 1986) (quoting Johnson v. Williams, 788 F.2d 1319, 1322-23 (8th Cir. 1986)).

The Court finds that it would be premature at this stage to appoint counsel. The nature of this litigation is not such that both the Plaintiff and the Court will benefit from the appointment of counsel. To date, the only substantive materials filed in this case is the Complaint. At this stage, the case appears to present issues which are neither factually nor legally complex. Plaintiff seems able to articulate his claims. The Court finds that appointment of counsel is not warranted at this time. Plaintiff may renew her motion for appointment of counsel if the complexity of the case changes or on appeal.

J.M.M.

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500