UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GENE LORENSON, CIVIL NO. 01-1278 (DSD/JMM)

Plaintiff,

v. ORDER

BOISCLAIR CORPORATION,

Defendant.

The above matter came on for hearing before the undersigned on February 19, 2002 upon Defendant's Motion to Compel Depositions, Answers, Produce Documents, for Costs and Attorney's Fees, and to Amend the Pretrial Scheduling Order [Docket No. 13]. No appearance was made by or on behalf of Plaintiff; Sandra Agvald, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant's Motion to Compel Depositions, Answers, Produce Documents, for Costs and Attorney's Fees, and to Amend the Pretrial Scheduling Order [Docket No. 13] is granted in part as follows:

1. No later than March 8, 2002, Plaintiff shall call the Volunteer Lawyers Network (612-752-6655), and request their assistance in the Pro Se Mediation Program. This program is intended to provide legal assistance to self-represented litigants in cases that are particularly amendable to settlement.

FILED FEB 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. If Plaintiff complies with Paragraph 1 of this Order, no later than March 18, 2002, an attorney or other representative of Volunteer Lawyers Network shall communicate with counsel for Defendant, and the Calendar Clerk of this Court, to schedule a settlement conference. The Court will thereupon issue an Order for a Settlement Conference.

3. Thirty days after the conclusion of the settlement conference, if this matter is not resolved in all respects, Plaintiff shall submit to a deposition and provide complete responses to written discovery.

Dated: February 28, 2002

JOHN M. MASON
United States Magistrate Judge