UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GENE LORENSON

CIVIL NO. 01-1278 (DSD/JMM)

Plaintiff,

v.

BOISCLAIR CORPORATION,

Defendant.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

The above action, having been fully compromised and settled, it is hereby stipulated by the parties, through their counsel, that this action shall be dismissed with prejudice and on the merits without costs to either party.

LINDQUIST & VENNUM P.L.L.P.

Dated: April 23, 2002

By: Robert V. Atmore
Robert V. Atmore (Atty Reg. No.3438)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3276

**PRO SE MEDIATION PROJECT**
**ATTORNEY FOR PLAINTIFF**

SANDRA K. AGVALD & ASSOCIATES, P.A.

Dated: April 24 '02

By: Sandra K. Agvald
Sandra K. Agvald (Atty Reg. No. 656)
1770 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402-4217
Telephone: (612) 339-6748

**ATTORNEY FOR DEFENDANT**

FILED 5-1-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Upon the attached Stipulation,

IT IS SO ORDERED.

Dated: April 30, 2002 BY THE COURT:

Judge David S. Doty